# United States District Court
# For The Western District of North Carolina
# Statesville Division

NATHAN WAYNE BOWIE,

    Petitioner,

vs.

MARVIN POLK, WARDEN,
CENTRAL PRISON,
RALEIGH, NORTH CAROLINA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:03CV137

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2006, Order.

Signed: October 2, 2006

Frank G. Johns, Clerk
United States District Court